IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JENNIFER HAYES, individually and on behalf of others similarly situated, | )<br>)<br>) CASE NO. 3:19-cv-00375-DRL-MMG |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| THOR MOTOR COACH, INC., | )<br>) |
| Defendant. | ) |

### JOINT MOTION FOR FINAL APPROVAL OF FLSA SETTLEMENT AND PRELIMINARY APPROVAL OF RULE 23 CLASS ACTION SETTLEMENT

Plaintiff Jennifer Hayes and Defendant Thor Motor Coach, Inc. hereby respectfully request that this Honorable Court:

1. Approve the Parties' Settlement Agreement, attached as **Exhibit 1** to memorandum in support;

2. Give final approval of the settlement of the collective claims brought pursuant to the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 216(b);

3. Give preliminary approval of the Rule 23 Class Action settlement;

4. Approve the Notice of Proposed Settlement of Class Action and Fairness Hearing to the Rule 23 Class members, attached as **Exhibit 2** to memorandum in support, pursuant to Fed. R. Civ. P. 23(e);

5. Approve the requested service award;

6. Set dates for opt-outs, objections, and a final fairness hearing; and,

7. Designate Hans A. Nilges, Robi J. Baishnab, and Robert P. Kondras as Class Counsel, and approve their request for attorneys' fees and costs.

A memorandum in support is filed contemporaneously, to which are also attached the Declaration of Hans A. Nilges, as **Exhibit 3**, and a proposed Orde, as **Exhibit 4**.

As explained in the Parties' Memorandum in Support, the Settlement Agreement was reached during arm's-length negotiations between the Parties, with the assistance of a private mediator. The negotiations were conducted by experienced counsel following substantial litigation, discovery, and on the basis of mutual recognition of the strengths and weaknesses of each other's positions, and the risks to each side of continued litigation.

Respectfully submitted,

| | |
|---|---|
| */s/ Robert P. Kondras, Jr.* <br> Robert P. Kondras, Jr. <br> **HASSLER KONDRAS MILLER LLP** <br> Attorney No. 18038-84 <br> 100 Cherry Street <br> Terre Haute, IN 47807 <br> Phone:      (812) 232-9691 <br> Facsimile:  (812) 234-2881 <br> kondras@hkmlawfirm.com <br> <br> */s/ Hans A. Nilges* <br> Hans A. Nilges (OH No. 0076017) <br> **NILGES DRAHER LLC** <br> 7266 Portage Street, N.W. <br> Suite D <br> Massillon, OH  44646 <br> Telephone:  330.470.4428 <br> Facsimile:  330.754.1430 <br> E-Mail: hans@ohlaborlaw.com | */s/ Stephen M. Judge (with permission)* <br> R. John Kuehn (22434-71) <br> Stephen M. Judge (31831-71) <br> **SOUTHBANK LEGAL** <br> **LADUE\|CURRAN\|KUEHN** <br> 100 E. Wayne St., Ste. 300 <br> South Bend, IN 46601 <br> Telephone:  574-968-0760 <br> Facsimile:  574-968-0761 <br> Email:  jkuehn@southbank.legal <br>            sjudge@southbank.legal <br> <br> *Counsel for Defendant* |

Robi J. Baishnab (OH No. 0086195)
**NILGES DRAHER LLC**
1360 E. 9th St., Suite 808
Cleveland, OH 44114
Phone: (216) 230-2955
Facsimile: (330) 754-1430 (Fax)
rbaishnab@ohlaborlaw.com

*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

 I hereby certify that on this 23rd day of August, 2021 the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

            *Hans A. Nilges*
            *Counsel for Plaintiffs*